Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| JUSTIN EVANS, et al.,  Plaintiffs,  v.  CREDIT CONTROL, LLC,  Defendant. | CASE NO: 17-cv-01350-CAB-JLB  NOTICE OF SETTLEMENT |
|---|---|

   NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 13, 2018 for filing a Request for Dismissal.

Respectfully submitted,

|  |  |
|---|---|
|  | **HYDE & SWIGART** |
| Date: February 12, 2018 | By: /s/Yana A. Hart |
|  | Yana A. Hart, Esq. |
|  | *Attorneys for Plaintiffs* |
|  |  |
|  | **YU MOHANDESI LLP** |
| Date: February 12, 2018 | By: /s/Ben Mohandesi |
|  | Ben Mohandesi, Esq. |
|  | *Attorneys for Defendant* |

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ben Mohandesi, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: February 12, 2018

**HYDE & SWIGART**
By: /s/Yana A. Hart, Esq.
Yana A. Hart
*Attorney for Plaintiffs*