Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Justin Evans and Cristina Wiseman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EVANS and CRISTINA WISEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT CONTROL, LLC,<br><br>Defendant. | Case No.: 17-cv-1350-CAB-JLB<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. CATHY ANN BENCIVENGO** |

Plaintiffs JUSTIN EVANS and CRISTINA WISEMAN ("Plaintiffs") and Defendant CREDIT CONTROL, LLC ("Defendant"), hereby move to dismiss the above entitled action with prejudice as to the named Plaintiffs and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), with each party to bear his/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and

dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, Plaintiffs respectfully request that this court dismiss this action with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Dated: March 29, 2018 **HYDE & SWIGART**

By: s/Yana A. Hart
Yana A. Hart, Esq.
*Attorney for Plaintiffs*

**YU MOHANDESI LLP**

Dated: March 29, 2018

By: s/Ben Mohandesi
Ben Mohandesi, Esq.
*Attorney for Defendant*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ben Mohandesi, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: March 29, 2018                    **HYDE & SWIGART**

                                         By: s/Yana A. Hart, Esq.
                                             Yana A. Hart
                                             *Attorney for Plaintiffs*