# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EVANS et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT CONTROL, LLC, <br><br> Defendants. | Case No.: 3:17-cv-01350-CAB-JLB <br><br> **DISMISSAL WITH PREJUDICE** <br><br><br> [Doc. No. 23] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice [Doc. No. 23], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: March 29, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge